# UNITED STATED DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Selene Finance LP, as Servicer on behalf of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as Trustee for BCAT 2014-12TT,<br><br>  Plaintiff,<br><br>  vs.<br><br>Integon National Insurance Company; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 2:18-CV-08805-DMG-PLA<br><br>*Hon. Dolly M. Gee*<br>*Courtroom 8C*<br>*8th Floor*<br><br>**ORDER ON STIPULATION FOR PROTECTIVE ORDER**<br><br><br>Complaint Filed:  August 24, 2018 |

For Good Cause Shown, it is hereby **ORDERED** that the Parties comply with the terms of the Stipulated Protective Order entered into and filed on April 18, 2019.

DATED: April 22, 2019

*/s/ Paul L. Abrams*
HON. PAUL L. ABRAMS
United States Magistrate Judge

-1-
ORDER ON STIPULATION FOR PROTECTIVE ORDER